**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Alex Nido, | No. CV-26-00228-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Lyft Incorporated, | |
| Defendant. | |

On January 20, 2026, defendant Lyft Inc. filed a motion to compel arbitration. (Doc. 6.) Plaintiff Rene Alex Nido's opposition to the motion to compel was due February 6, 2026, but Nido did not file an opposition. Local Rule 7.2(i) allows the court to summarily grant a motion when no opposition is filed. That is appropriate here because the motion to compel includes evidence of a valid arbitration agreement between the parties that covers the claims Nido is attempting to pursue.

/
/
/
/
/
/
/
/

**IT IS ORDERED** the Motion to Compel Arbitration (Doc. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to administratively close this case, whereupon, by proper motion from a party, it may be reopened or dismissed with prejudice.

Dated this 13th day of February, 2026.

Honorable Krissa M. Lanham
United States District Judge